Opinion by KINCHELOE, J. Three witnesses testified on behalf of the petitioner. one of whom was the president of the importing firm which is now in bankruptcy. From the record the court was satisfied that the entry of the merchandise at a less value than that found by the appraiser was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was therefore granted.

BEFORE THE FIRST DIVISION, SEPTEMBER 9, 1941

**No. 46282.**—Protest 3694-K of N. Y. Mdse. Co., Inc. (Los Angeles).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) the balls in question were held dutiable at 30 percent under paragraph 1502.

**No. 46283.**—Protests 13750-K, etc., of Ednal Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of colored sheet glass similar to that the subject of Abstract 45423. In accordance therewith it was held dutiable at $1\frac{26}{64}$ cents per pound under paragraph 219 and T. D. 45313, plus 5 percent ad valorem under paragraph 224 as being colored. This claim was therefore sustained.

**No. 46284.**—Protests 965051-G, etc., of I. Strauss & Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of fluorspar articles similar to those the subject of *Cathay Crafts Corp.* v. *United States* (6 Cust. Ct. 87, C. D. 434). It was therefore held dutiable at 40 percent under paragraph 214 as claimed.

**No. 46285.**—Protests 978855-G, etc., of Bloomingdale Bros., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of fluorspar articles similar to those the subject of *Cathay Crafts Corp.* v. *United States* (6 Cust. Ct. 87, C. D. 434). It was therefore held dutiable at 40 percent under paragraph 214 as claimed.

**No. 46286.**—Protest 965500-G of Sherry's Liquor Stores, Inc. (San Francisco).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the badges in question are the same as those the subject of Abstract 44558 they were held dutiable at 45 percent under paragraph 397 as claimed.